# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2020

160606

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DANIEL C. KROLCZYK and JONI KROLCZYK,
 Plaintiffs-Appellants,

v

HYUNDAI MOTOR AMERICA and BILL
MARSH HYUNDAI, LLC,
 Defendants-Appellees.

SC:  160606
COA:  343996
Oakland CC:  2017-158920-AV

_____/

On order of the Court, the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on the application.  MCR 7.305(H)(1).

The appellants shall file a supplemental brief within 42 days of the date of this order addressing the following issues:  (1) whether the 46th District Court properly exercised jurisdiction over this case notwithstanding that the Oakland Circuit Court's November 18, 2015 transfer order lacked the appellees' stipulation "to an appropriate amendment of the complaint," Administrative Order No. 1998-1; (2) whether, assuming any error in the transfer was nonjurisdictional, the district court properly exercised jurisdiction over this case where, upon transfer, the complaint contained an *ad damnum* clause seeking more than the district court's jurisdictional limit, see MCL 600.8301; and (3) whether, assuming the district court properly exercised jurisdiction upon transfer notwithstanding the complaint's *ad damnum* clause, the district court nevertheless had the authority to permit amendment of the complaint.  In addition to the brief, the appellants shall electronically file an appendix conforming to MCR 7.312(D)(2).  In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1).  The appellees shall file a supplemental brief within 21 days of being served with the appellants' brief.  The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellants.  A reply, if any, must be filed by the appellants within 14 days of being served with the appellees' brief.  The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2020



Clerk

a0526